**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:25-cv-81511-BER**

CORRY PEARSON,

     Plaintiff,

v.

EMPLOYERS CHOICE SCREENING, INC.,

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Corry Pearson ("Plaintiff"), and Defendant, Employers Choice Screening, Inc. ("Defendant") (collectively referred to as the "Parties") by and through undersigned counsel, and in accordance with the applicable Florida Rules of Civil Procedure, hereby notify this Court that the Parties have reached a settlement of all claims of the Plaintiff against Defendant, in the above-captioned case, and further say:

1.     The terms and conditions of the settlement are confidential. The Parties agree that settlement of this action is not consummated until all settlement funds are tendered to Plaintiff.

2.     For this reason, the Parties respectfully request that the Court retain jurisdiction to enforce the terms and conditions of the confidential settlement agreement. Once the settlement has been consummated, the parties will promptly file a Joint Stipulation for Dismissal with Prejudice, with each party to bear their own attorneys' fees and costs.

*[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]*

**COLE, SCOTT & KISSANE, P.A.**

CASE NO.: 9:25-cv-81511-BER

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th of June, 2026, a true and correct copy of the foregoing was filed with the Clerk of USDC - Southern District  County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the parties registered with the e-Filing Portal system .

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants Employers Choice Screening, Inc.*
9150 South Dadeland Boulevard
Suite 1400
Miami, Florida 33156
Telephone 786-870-4723 ext.6023
Facsimile 305-373-2294
Primary e-mail:
giancarlo.boucugnani@csklegal.com
olivia.diazdevillegas@csklegal.com
Secondary e-mail:  josedavid.perez@csklegal.com
paola.valdes@csklegal.com

By:   */s/ Giancarlo Boucugnani*
OLIVIA DIAZ DE VILLEGAS
Florida Bar No.: 1044657
GIANCARLO BOUCUGNANI
Florida Bar No.: 16399

0188.0608-00