**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:25-cv-81511-BER**

CORRY PEARSON,

    Plaintiff,

v.

EMPLOYERS CHOICE SCREENING, INC.,

    Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Corry Pearson ("Plaintiff"), and Defendant, Employers Choice Screening, Inc. ("Defendant") (collectively referred to as the "Parties"), Plaintiff appearing pro-se and Defendant appearing by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and this Court's June 26, 2026  Order [ DE 38], and in accordance with the parties' written Settlement Agreement, hereby jointly stipulate the dismissal of this action with prejudice in its entirety, with each Party bearing its own attorneys' fees and costs.

Pursuant to *Anago Franchising, Inc. v. Shaz, LLC,* 677 F. 3d 1272 (11th Cir. 2012), the parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

Respectfully Submitted this June 30, 2026.

By: */s/ Corry Pearson*
Corry Pearson
*Plaintiff*
*Pro-Se*

*By: /s/ Giancarlo Boucugnani*
OLIVIA DIAZ DE VILLEGAS
Florida Bar No.: 1044657
GIANCARLO BOUCUGNANI
Florida Bar No.: 16399
**COLE SCOTT & KISSANE**
9150 South Dadeland Blvd, Suite 1400
Miami, Florida 33156
T: 786-268-6464
giancarlo.boucugnani@csklegal.com
Olivia.DiazDeVillegas@csklegal.com

**Page 1 of 2**

CASE NO.: 9:25-cv-81511-BER

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2026, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By*: /s/ Giancarlo Boucugnani*
OLIVIA DIAZ DE VILLEGAS
Florida Bar No.: 1044657
GIANCARLO BOUCUGNANI
Florida Bar No.: 16399
**COLE SCOTT & KISSANE**
9150 South Dadeland Blvd, Suite 1400
Miami, Florida 33156
T: 786-268-6464
giancarlo.boucugnani@csklegal.com
Olivia.DiazDeVillegas@csklegal.com
*Counsel for Defendant*