UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CV-81511-BER

CORRY E. PEARSON,

Plaintiff,

v.

EMPLOYERS CHOICE SCREENING, INC.,

Defendant.

_____/

## ORDER CLOSING CASE

In light of the Joint Stipulation of Dismissal with Prejudice, ECF No. 39, it is

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, the Court may dismiss an action on terms it deems proper. 677 F.3d 1272 (11th Cir. 2012). The Court retains jurisdiction to enforce the terms of the Settlement Agreement between the parties in the event of a breach of contract for 30 days from the date of this Order.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers this 1st day of July, 2026, at West Palm

Beach in the Southern District of Florida.


BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE